# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Washington-Idaho Operating Engineers-Employers Health and Security Trust Fund, et al <br> *Plaintiff* <br> v. <br> Barnhart Crane and Rigging Co, et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:16-cv-00095-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Stipulation of Dismissal, ECF No. 30.
Notice of Settlement, ECF No. 29.
Complaint and all claims therein dismissed with prejudice and without award of costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on Stipulation of Dismissal, ECF No. 30; and Notice of Settlement, ECF No. 29.


Date: 5/19/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler